ELIZABETH NUNZIATA, Appellant, v. PETER E. SMALL and CATHERINE C. SMALL, Respondents.— Judgment unanimously affirmed, with costs.  Aside from any other element of the case, plaintiff has neither pleaded nor proved the return of an execution against the property of the judgment debtor, unsatisfied in whole or in part.  Such omission makes it impossible to maintain the action.  (*Adsit* v. *Butler*, 87 N. Y. 585.)  Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

MARGARET O'KEEFE, Appellant, v. WILLIAM C. KRAPF, Respondent.— Ordered, that the decision in this case, handed down on the 21st day of January, 1927,* is amended so as to read as follows: Judgment dismissing complaint and order setting aside verdict in favor of plaintiff reversed upon the law and the facts, verdict reinstated, and judgment directed to be entered in accordance with the verdict, with costs to appellant.  The carpet was the property of defendant, and was furnished by him and at times repaired by him.  The only part of the premises rented to plaintiff was the apartment on the floor above, and she was under no obligation to keep the carpet in repair.  That obligation was assumed by defendant; and for its defects, to the injury of plaintiff, he was properly found responsible.  Jaycox, Young and Kapper, JJ., concur; Kelly, P. J., and Manning, J., dissent.

THE PEOPLE'S NATIONAL BANK OF SALEM, Respondent, v. HALL & RUCKEL, INC., Appellant, and Others, Defendants.— On consent of parties, appeal withdrawn, and action discontinued.  Submit order.  Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES NUNZIATO, Appellant.— Judgment of conviction of the County Court of Queens county unanimously affirmed.  No opinion.  Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS PODESTA, Appellant.— Judgment of conviction of the Court of Special Sessions, Borough of Brooklyn, reversed upon the law and the facts, and new trial ordered.  The judgment of conviction is not supported by competent evidence.  Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH ZIPCHAC, Appellant.— Judgment of conviction of the Court of Special Sessions, Borough of Brooklyn, reversed upon the facts, complaint dismissed, defendant discharged and fine remitted.  The record in this case is entirely barren of evidence justifying the conviction of defendant of any crime, nor does it show even negligence. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.